FILED
CLERK, U.S. DISTRICT COURT
SEP 14 2009
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

1 Laura Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian
2 211 East Ocean Boulevard, Suite 420
Tel: (562) 437-7006
3 Fax: (562) 432-2935
E-mail: Laura_RK.office@speakeasy.net
4 Attorneys for DONNA DURR

5

6              UNITED STATES DISTRICT COURT

7              CENTRAL DISTRICT OF CALIFORNIA

8

9  DONNA DURR,                 )  Case No.: 2:09-CV-368 JEM
                               )
10                             )  [PROPOSED] ORDER
       Plaintiff,              )
11                             )
   vs.                         )
12                             )
   MICHAEL ASTRUE,             )
13 COMMISSIONER OF THE SOCIAL  )
   SECURITY ADMINISTRATION,    )
14                             )
       Defendant.              )
15                             )

16

17    Based upon the parties Stipulation to Dismiss, this matter is hereby

18 dismissed with prejudice.

19    DATED: Sept. 14, 2009

20
                    _____
21                  UNITED STATES MAGISTRATE JUDGE
                    John E. McDermott

-1-